**GOOD GUSTAFSON AUMAIS LLP**
J. Ryan Gustafson (Cal. Bar No. 220802)
jrg@ggallp.com
2330 Westwood Boulevard, No. 103
Los Angeles, California 90064
Tel.: (310) 274-4663

*Attorneys for Plaintiff, Infinique Jamison*

**STEVENS & LEE**
Robert P. Donovan (*pro hac vice*)
robert.donovan@stevenslee.com
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Tel: (201) 857-6778
Fax: (610) 371-7938

**WILLENKEN LLP**
Kirby Hsu (SBN 312535)
khsu@willenken.com
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Tel.: (213) 955-9240
Fax: (216) 955-9450

*Attorneys for Defendants,*
*Arizona Beverages USA LLC*
*and Hornell Brewing Co., Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINIQUE JAMISON,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA LLC and HORNELL BREWING CO., INC.,<br><br>Defendants. | CASE NO. 3:23-cv-00920-VC<br><br>**JOINT STIPULATION AND** ~~PROPOSED~~ **ORDER EXTENDING DEADLINES FOR THE OPPOSITION OF DEFENDANTS' MOTION TO DISMISS, DEFENDANTS' REPLY, AND REQUESTING THE HEARING DATE BE RESCHEDULED**<br><br>Motion to Dismiss Filed: June 22, 2023<br>Hearing Date: July 27, 2023, at 10:00 am.<br>Assigned to: Honorable Vince Chhabria, U.S.D.J. |

1

JOINT STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEADLINES FOR THE OPPOSITION OF DEFENDANTS' MOTION TO DISMISS, DEFENDANTS' REPLY, AND REQUESTING THE HEARING DATE BE RESCHEDULED

07/06/2023 SL1 1937369v1 115260.00013

Pursuant to Civil Local Rule 6-2, Plaintiff, Infinique Jamison ("Plaintiff"), and Defendants, Arizona Beverages USA LLC and Hornell Brewing Co., Inc., ("Defendants"), by and through their respective counsel, stipulate and agree as follows:

## RECITALS

1. Plaintiff filed the First Amended Complaint ("Complaint") on May 22, 2023. (ECF No. 28).

2. Defendants filed a Motion to Dismiss the First Amended Complaint on June 22, 2023 (ECF No. 29).

3. Plaintiff's Opposition to the Motion is due on July 6, 2023.

4. The hearing date on the Motion is currently scheduled for July 27, 2023.

5. In the course of meeting and conferring about scheduling conflicts involving the Motion caused by, *inter alia*, summer vacations, the Parties discussed alternative dates.

6. In response, the Parties agreed to request that the Court consider rescheduling the due date for Plaintiff's Opposition to July 20, 2023 and Defendant's Reply to August 21, 2023.

7. Because of these adjustments, the Parties have also agreed to request that the Court consider rescheduling the hearing on the Motion to September 14, 2023, or a later date convenient to the Court.

8. Pursuant to Civil Local Rule 7-11, the Parties will be additionally requesting, by way of a separate administrative motion, that the Court consider conducting the hearing of the Motion via Zoom webinar.

9. As a result of meeting and conferring, considering both Parties' conflicting schedules and the complexities of the issues to be presented the Parties have agreed to: (a) extend Plaintiff's deadline for filing her opposition and Defendants' reply and (b) reschedule the hearing date on the Motion.

## STIPULATION

10. Plaintiff shall file her opposition on or before July 20, 2023.

2

JOINT STIPULATION AND PROPOSED ORDER EXTENDING DEADLINES FOR THE OPPOSITION OF DEFENDANTS' MOTION TO DISMISS, DEFENDANTS' REPLY, AND REQUESTING THE HEARING DATE BE RESCHEDULED

07/06/2023 SL1 1937369v1 115260.00013

11. The deadline for Defendants to file their reply is hereby extended to August 21, 2023.

12. The July 27, 2023 hearing date on the Motion is hereby rescheduled to take place on September 14, 2023 at 1:00 p.m.

13. The within request is also the first instance that the Parties have requested to reschedule the deadlines and hearing date concerning the Motion.

14. The stipulated schedule promotes justice and judicial economy, conserves the resources of the Court and Parties, serves their convenience, will not prejudice any party and, other than the request to reschedule the hearing, does not conflict with any other scheduled dates set by the Court.

IT IS SO STIPULATED.

DATED: July 6, 2023                                  GOOD GUSTAFSON AUMAIS LLP

                                                     By: /s/ J. Ryan Gustafson
                                                         J. Ryan Gustafson, Esq.

                                                     *Attorneys for Plaintiff, Infinique Jamison*

DATED: July 6, 2023                                  STEVENS & LEE

                                                     By: /s/ Robert P. Donovan
                                                         Robert P. Donovan, Esq.

                                                     *Attorneys for Defendants, Arizona Beverages USA LLC and Hornell Brewing Co., Inc.*

3

JOINT STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEADLINES FOR THE OPPOSITION OF DEFENDANTS' MOTION TO DISMISS, DEFENDANTS' REPLY, AND REQUESTING THE HEARING DATE BE RESCHEDULED

07/06/2023 SL1 1937369v1 115260.00013

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED:  July 12, 2023

                                                                          _____
                                                                          HONORABLE VINCE CHHABRIA, U.S.D.J.

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories have concurred in its filing.

DATED: July 6, 2023                                         STEVENS & LEE

                                                                          By: /s/ Robert P. Donovan
                                                                                 Robert P. Donovan, Esq.

                                                                                 *Attorneys for Defendants*

4

JOINT STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEADLINES FOR THE OPPOSITION OF DEFENDANTS' MOTION TO DISMISS, DEFENDANTS' REPLY, AND REQUESTING THE HEARING DATE BE RESCHEDULED

07/06/2023 SL1 1937369v1 115260.00013