**GOOD GUSTAFSON AUMAIS LLP**
J. Ryan Gustafson (Cal. Bar No. 220802)
*jrg@ggallp.com*
2330 Westwood Boulevard, No. 103
Los Angeles, California 90064
Tel.: (310) 274-4663

*Attorneys for Plaintiff, Infinique Jamison*

**STEVENS & LEE**
Robert P. Donovan (*pro hac vice*)
*robert.donovan@stevenslee.com*
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Tel: (201) 857-6778
Fax: (610) 371-7938

**WILLENKEN LLP**
Kirby Hsu (SBN 312535)
*khsu@willenken.com*
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Tel.: (213) 955-9240
Fax: (216) 955-9450

*Attorneys for Defendants,
Arizona Beverages USA LLC
and Hornell Brewing Co., Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINIQUE JAMISON,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA LLC and HORNELL BREWING CO., INC.,<br><br>Defendants. | CASE NO. 3:23-cv-00920-VC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION REQUESTING MOTION HEARING BE CONVERTED TO A ZOOM WEBINAR (L.R. 7-11(a))**<br><br>Motion to Dismiss Filed: June 22, 2023<br>Hearing Date: July 27, 2023, at 10:00 am.<br>Assigned to: Honorable Vince Chhabria, U.S.D.J. |

## STIPULATION

This Stipulation is entered into by and between Infinitude Jamison ("Plaintiff") and Arizona

Beverages USA LLC and Hornell Brewing Co., Inc. ("Defendants") ("collectively, the "Parties"), by and through their counsel pursuant to L.R. 7-11(a):

WHEREAS, Plaintiff filed the First Amended Complaint ("FAC") on May 22, 2023 (ECF No. 28);

WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's FAC on June 22, 2023, noticing the motion hearing for July 27, 2023, at 10 a.m., at the San Francisco Courthouse, 450 Golden Gate Avenue, Courtroom 4, San Francisco, California (ECF No. 29);

WHEREAS, lead counsel for both Parties are based outside the Northern District of California;

WHEREAS, in light of the above, the Parties have agreed to request that the hearing be conducted via Zoom webinar;

WHEREAS, Civil Local Rule 7-11(a) permits parties to file an administrative motion with an accompanying stipulation requesting an order to convert an in-person appearance to Zoom webinar;

WHEREAS, there have been no prior motions concerning the mode for an appearance with respect to the motion to dismiss;

WHEREAS, the requested modification will not have any effect on any later date or deadline set by either the local rules or court order.

NOW, THEREFORE, pursuant to Civil Local 7-11(a), the Parties jointly request that the Court enter an order providing that:

1. The hearing for Defendants' Motion to Dismiss Plaintiff's FAC shall be conducted via a Zoom webinar.

**IT IS SO STIPULATED.**

Dated: July 6, 2023

GOOD GUSTAFSON AUMAIS LLP

*/s/ John Ryan Gustafson*
JOHN RYAN GUSTAFSON
*Attorneys for Plaintiff and Proposed Class*

---

DEFENDANTS' ADMINISTRATIVE MOTION REQUESTING MOTION HEARING BE CONVERTED TO A ZOOM WEBINAR;  JOINT STIPULATION AND ~~PROPOSED~~ ORDER IN SUPPORT

- 2 -

07/06/2023 SL1 1937324v5 115260.00013

Dated: July 6, 2023

STEVENS & LEE

*/s/ Robert P. Donovan*
ROBERT P. DONOVAN
*Attorneys for Defendants,*
*Arizona Beverages USA LLC and*
*Hornell Brewing Co., Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 12, 2023, 2023

The Honorable Vince Chhabria, U.S.D.J.
United States District Court