| | |
|---|---|
| **GOOD GUSTAFSON AUMAIS LLP**<br>J. Ryan Gustafson (Cal. Bar No. 220802)<br>*jrg@ggallp.com*<br>2330 Westwood Boulevard, No. 103<br>Los Angeles, California 90064<br>Tel.: (310) 274-4663 | **STEVENS & LEE**<br>Matthew C. Brunelli (*pro hac vice*)<br>*matthew.brunelli@stevenslee.com*<br>620 Freedom Business Center Drive, Suite 200<br>King of Prussia, PA 19406<br>Tel: (215) 751-1955 |

*Attorneys for Plaintiff, Infinique Jamison*

**WILLENKEN LLP**
Kirby Hsu (SBN 312535)
*khsu@willenken.com*
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Tel.: (213) 955-9240
Fax: (216) 955-9450

*Attorneys for Defendants,*
*Arizona Beverages USA LLC*
*and Hornell Brewing Co., Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINIQUE JAMISON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARIZONA BEVERAGES USA LLC and HORNELL BREWING CO., INC.,<br><br>　　　　Defendants. | CASE NO. 3:23-cv-00920-VC<br><br>**JOINT STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR THE DEFENDANTS TO FILE ANY RESPONSIVE PLEADING**<br><br>Assigned to: Honorable Vince Chhabria, U.S.D.J. |

　　　　Pursuant to Civil Local Rule 6-2, Plaintiff, Infinique Jamison ("Plaintiff"), and Defendants, Arizona Beverages USA LLC and Hornell Brewing Co., Inc. ("Defendants"), by and through their respective counsel, stipulate and agree as follows:

**RECITALS**

1. Plaintiff filed the First Amended Complaint ("FAC") on May 22, 2023. (ECF No. 28).

2. Defendants filed a Motion to Dismiss the FAC on June 22, 2023 (ECF No. 29).

3. The Court entered an order on September 27, 2023 granting the motion to dismiss allowing Plaintiff leave to amend within 14 days (i.e. by October 11, 2023). (ECF No. 52).

4. Plaintiff filed a Second Amended Complaint ("SAC") on October 11, 2023. (ECF No. 59).

5. The SAC contains 207 paragraphs and is comprised of the following counts: Count I – Violation of California's Unfair Competition Law; Count II – Violation of California's False Advertising Law; Count III – Violation of California's Consumer Legal Remedies Act; Count IV – Unjust Enrichment; Count V – Breach of Express Warranty; and Count VI – Breach of Implied Warranty of Merchantability.

6. The current deadline for Defendant to file a pleading in response to the SAC is November 1, 2023.

7. Due to the number of allegations and counts that comprise the SAC, the Parties have agreed to request that the Court consider extending Defendants' deadline for filing any responsive pleading to November 22, 2023.

**STIPULATION**

8. The deadline for Defendants to file their pleading in response to the SAC is hereby extended to November 22, 2023.

9. The within request is the first instance that the Parties have requested to extend the deadline concerning the due date for a responsive pleading regarding the SAC. (ECF No. 59). The Parties note that by Stipulation and Order (ECF No. 57), the Court set November 1, 2023 as the deadline for Defendant's to file a responsive pleading to Plaintiff's SAC, if filed, and, if Plaintiff did not file a SAC, its Answer to the FAC.

10. The stipulated schedule promotes justice and judicial economy, conserves the resources of the Court and Parties, serves their convenience, will not prejudice any party and, other than the request to reschedule the hearing, does not conflict with any other scheduled dates set by the Court. IT IS SO STIPULATED.

DATED: October 20, 2023					GOOD GUSTAFSON AUMAIS LLP

							By: /s/J. Ryan Gustafson
							    J. Ryan Gustafson, Esq.
							    *Attorneys for Plaintiff, Infinique Jamison*

DATED: October 20, 2023					STEVENS & LEE

							By: /s/Matthew C. Brunelli
							    Matthew C. Brunelli, Esq.

							    *Attorneys for Defendants, Arizona Beverages USA LLC and Hornell Brewing Co., Inc.*

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: _____

                                                HONORABLE VINCE CHHABRIA, U.S.D.J.

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories have concurred in its filing.

DATED:  October 20, 2023                      STEVENS & LEE

                                                By: */s/ Matthew C. Brunelli*
                                                      Matthew C. Brunelli, Esq.

                                                *Attorneys for Defendants*