UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINIQUE JAMISON, <br><br> Plaintiff, <br><br> v. <br><br> ARIZONA BEVERAGES USA LLC, et al., <br><br> Defendants. | Case No. 23-cv-00920-RFL <br><br> **ORDER GRANTING UNOPPOSED MOTION TO DISMISS** <br><br> Re: Dkt. No. 62 |

Arizona Beverages USA LLC and Hornell Brewing Co., Inc. filed a motion to dismiss certain of Infinique Jamison's claims asserted in the Second Amended Complaint. Jamison filed a statement of non-opposition to the motion. (Dkt. No. 67.) Accordingly, the Court **GRANTS** the motion and **DISMISSES** the following claims:

1. All claims for injunctive relief against the defendants;

2. All fraud claims based on unidentified marketing and advertising;

3. The claim for monetary damages under the California Consumer Legal Remedies Act against Hornell Brewing;

4. The express and implied warranty claims against Hornell Brewing; and

5. The claims for punitive damages under the California Unfair Competition Law and False Advertising Law against the defendants.

The hearing on the motion set for January 23, 2024, is **VACATED**.

**IT IS SO ORDERED.**

Dated: December 19, 2023

RITA F. LIN
United States District Judge