UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINIQUE JAMISON,<br><br>        Plaintiff,<br><br>   v.<br><br>ARIZONA BEVERAGES USA LLC, et al.,<br><br>        Defendants. | Case No. 23-cv-00920-RFL<br><br>**ORDER TO SHOW CAUSE** |

      Plaintiff Infinique Jamison failed to timely file a motion for class certification by May 15, 2024, her deadline to do so.  (*See* Dkt. No. 81.)  The Court orders Plaintiff to show cause why this action should not be dismissed for lack of prosecution and failure to comply with the scheduling order.  Fed. R. Civ. P. 41(b).  Within **seven days** from the date of this order, Plaintiff's counsel shall respond in writing explaining the reasons for noncompliance, providing an update on the status of the litigation, and stating whether Plaintiff seeks to prosecute her claims on an individual basis.  Failure to file a timely and satisfactory response will result in dismissal without further notice.

      **IT IS SO ORDERED.**

Dated: May 16, 2024

RITA F. LIN<br>
United States District Judge