UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINQUE JAMISON, individually, and on behalf of those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC and HORNELL BREWING CO., INC.<br><br>    Defendants. | CASE NO. 3:23-cv-00920-RFL<br><br>STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE, WITHOUT COSTS AND WITHOUT ATTORNEYS' FEES TO ANY PARTY |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Infinque Jamison ("Plaintiff"), and Defendants, Arizona Beverages USA, LLC and Hornell Brewing Co., Inc. ("Defendants"), hereby stipulate and agree to the voluntary dismissal of this action with prejudice, without costs and without attorneys' fees to any of the parties.

Respectfully submitted,

THE KEETON FIRM LLC

Dated: June 4, 2024

_____
Steffan T. Keeton

Steffan T. Keeton, Eq.
The Keeton Firm LLC
100 South Commons, Suite 102
Pittsburgh, Pennsylvania 15212
*Attorney for Plaintiff*

STEVENS & LEE

Dated: 6-25, 2024

_____
Robert P. Donovan

Robert P. Donovan, Esq.
Stevens & Lee
668 River Drive, Suite 201
Elmwood Park, New Jersey 07407
*Attorneys for Defendants*
*Hornell Brewing Co., Inc.*

-1-
STIPULATION OF VOLUNTARY DISMISSAL

05/08/2024 SL1 2107363v1 115260.00013

**Signature Attestation**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories have concurred in its filing.

Dated: 6-25, 2024          STEVENS & LEE

_____
Robert P. Donovan

STEVENS & LEE
669 River Drive, Suite 201
Elmwood Park, NJ 07407
Telephone: (201) 857-6778
Facsimile: (610) 371-7938
Robert.donovan@stevenslee.com

*Attorneys for Defendants,
Arizona Beverages USA LLC and
Hornell Brewing Co., Inc.*

-2-
STIPULATION OF VOLUNTARY DISMISSAL

05/08/2024 SLI 2107363v1 115260.00013